**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  *(302) 573-6277*
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

March 9, 2005

**Hand Delivered**

Honorable Mary Pat Thynge
United States Magistrate Judge
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

    Re:  **United States v. Dawn Mummert**
          **Case  No. 04-14M - MPT**

Dear Judge Thynge:

    The defendant is prepared to enter a guilty plea pursuant to the terms of the enclosed Memorandum of Plea Agreement.  The parties respectfully request that the matter be scheduled for a change of plea hearing.

                Respectfully,

                COLM F. CONNOLLY
                United States Attorney


By:_____
    Edmond Falgowski
    Assistant United States Attorney

pc:   Christopher Koyste, Esquire (w/ Enc.)
       Clerk, U.S. District Court (w/ Enc.)

EF:slb
Enclosure

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-14M-MPT |
| ) | |
| DAWN MUMMERT, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF PLEA AGREEMENT**

Pursuant to discussions between the United States of America, by and through its attorney, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and on behalf of and with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, Dawn Mummert, by and through the defendant's attorney, Christopher Koyste, Esquire, the following agreement is hereby entered into by the respective parties:

    1.    The defendant shall plead guilty to a one count Information, charging theft of government property (misdemeanor), a violation of Title 18, United States Code, Section 641, which carries a maximum penalty of one year imprisonment, a $100,000 fine, one year supervised release, restitution, or any or all of the above, and a $25 special assessment.

    2.    The defendant agrees to pay the special assessment on the day of sentencing.

    3.    The United States agrees that in consideration of the defendant's timely guilty plea, the Government will not oppose a two point reduction in the Offense Level for the defendant's affirmative acceptance of responsibility, pursuant to Sentencing Guideline Section 3E1.1.

4.  The defendant acknowledges that as a result of the conduct set forth in the Information, the defendant caused the United States to suffer losses totaling $400, for which the Court may order restitution.

5.  It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

COLM F. CONNOLLY
United States Attorney

_____        By:_____
Christopher Koyste, Esquire                 Edmond Falgowski
Attorney for Defendant                      Assistant United States Attorney


_____
Dawn Mummert
Defendant

Dated:

**AND NOW** this _____ day of _____, 2005, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

2