PROB 12
(Rev 02/94)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Action No. 1:04M00014-001 |
| ) | |
| Dawn Mummert, ) | |
| ) | |
| Defendant. ) | |

**Petition on Probation and Supervised Release**

COMES NOW Angelica Lopez Probation Officer of the Court presenting an official report upon the conduct and attitude of Dawn Mummert, who was placed on supervision by the Honorable Mary Pat Thynge, sitting in the court at Wilmington, Delaware on the 22nd day of June 2005, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1) Defendant shall pay financial penalty that is imposed by this Judgement; 2) Defendant shall participate in a drug aftercare treatment program, at the direction of the probation officer, which may include testing; 3) Defendant shall obtain a General Equivalency Diploma, during the period of probation; 4) Defendant shall cooperate with payment of child support arrears through the Delaware Child Enforcement Agency and any child support owed through the State of Pennsylvania; 5) Defendant shall make restitution of $350 to Tasha Howard; and 6) Pay a special assessment of $25.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

SEE ATTACHED

FILED
DEC 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PRAYING THAT THE COURT WILL ORDER** the issuance of a warrant for the arrest of Dawn Mummert, so she may be brought before the court for a hearing to determine whether she has violated the terms and conditions of probation.

**ORDER OF COURT**

So ordered this _____ day
of _____, 2006.

_____
Magistrate Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Probation Officer

Executed on   December 14, 2006

Place   Wilmington, Delaware

**Standard Condition #2:** The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Evidence A:** Ms. Mummert failed to report for a scheduled office visit on December 5, 2006.

**Evidence B:** Ms. Mummert failed to submit a monthly supervision report for the month of November 2006.

**Standard Condition #4:** The defendant shall support his or her dependents and meet other family responsibilities.

**Special Condition #4:** The defendant shall cooperate with payment of child support arrears through the Delaware Child Support Enforcement Agency and pay any child support owed through the State of Pennsylvania.

**Evidence:** According to the Division of Support Enforcement, the defendant owes an arrears balance of $7,738.84. The Division of Support Enforcement agreed to deduct a portion of the defendant's social service benefits and apply the money to her arrears balance. When the defendant lost her benefits she made no attempt to make another payment arrangement with the Division of Support Enforcement.

**Standard Condition #5:** The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

**Evidence:** On November 28, 2006, the defendant was terminated from her job at Dunkin Donuts for failure to report and/or call.

**Standard Condition #6:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Evidence A:** On August 18, 2006, the defendant reported she was living with a friend, Julie Casey, and her children at their residence located at 103 Delaware Drive, New Castle, Delaware. The defendant did not provide the probation officer with the ten day notice as required.

**Evidence B:** On October 13, 2006, the defendant reported she left the residence owned by Ms. Casey. She reported moving into an apartment leased to her friend, Pat Jackson, which is located at 400 S. Dupont Highway, Apartment 104, New Castle, Delaware. The defendant did not provide the probation officer with the ten day notice as required.

**Standard Condition #9:** The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Evidence:** The defendant has admitted on several occasions that she has been associating with Michael Brooks, a convicted felon, and recovering addict.

**Special Condition #3:** The defendant shall obtain a General Equivalency Diploma during the period of probation.

**Evidence A:** To date, Ms. Mummert has not provided the probation officer with any documents to verify her enrollment in a General Equivalency Diploma program.

**Special Condition #5:** The defendant shall make restitution of $350 to Tasha Howard.

**Evidence:** The defendant has not submitted a restitution payment for the month of December 2006. The defendant had been making payments according to the payment schedule. The restitution balance is $200.