*Filed in open court 1/12/07 (ew)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 04-14M |
| DAWN MUMMERT, | : |
| Defendant. | : |

### MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, Dawn Mummert, pursuant to 18 U.S.C. §§ 3143(a) and 3148(b) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of release petition. In support of the motion, the United States alleges that the defendant is likely to flee, and cannot meet her burden of proving, by clear and convincing evidence, that she is not likely to flee if released.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: January 12, 2007