AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO**
18 USC §3148

____DAWN MUMMERT____
Defendant

**Case Number:** 04-14M (MPT)

Upon motion of the **Government**, it is ORDERED that a

**Revocation Hearing** is set for ____1/22/07____ * at ____1:15 p.m.____
                                        Date                    Time

before ____**Honorable MARY PAT THYNGE, UNITED STATES MAGISTRATE JUDGE**____
                              Name of Judicial Officer

**Ctrm. # 6C, 6ᵀᴴ Flr., Federal Bldg., 844 King St., Wilmington, Delaware**
                              Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                                                    Other Custodial Official

and produced for the hearing.

____1/12/06____                              ____[signature]____
     Date                                       Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
  A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.