PROB 12
(Rev 02/94)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:04M00014-001 |
| Dawn Mummert, | ) |
| Defendant. | ) |

**Petition on Probation and Supervised Release**

COMES NOW Angelica Lopez Probation Officer of the Court presenting an official report upon the conduct and attitude of Dawn Mummert, who was placed on supervision by the Honorable Mary Pat Thynge, sitting in the court at Wilmington, DE on the 22nd day of January 2007, who fixed the period of supervision at one year, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1) Term of supervised release will be one year with the first three months to be served at the Plummer Work Release Center; 2) Defendant shall provide the probation officer with access to any requested financial information; 3) Defendant shall participate in a drug aftercare treatment program, at the direction of the probation officer, which may include testing; 4) Defendant shall obtain a General Equivalency Diploma, during the period of supervised release; 5) Defendant shall cooperate with payment of child support arrears through the Delaware Child Enforcement Agency and any child support owed through the State of Pennsylvania.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Special Condition #1:** Term of supervised release will be one year with the first three months to be served at the Plummer Work Release Center.

**Evidence:** On January 21, 2007, the defendant failed to return to the Plummer Community Corrections Center. As a result, she was terminated from the program, and her whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER...** the issuance of a warrant for the arrest of Dawn Mummert, so she may be brought before the court for a hearing on the alleged violations of her term of supervised release.

ORDER OF COURT

So ordered this  23  day
of February  2007.

Magistrate Judge

FILED
FEB 2 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I declare under penalty of perjury the foregoing is true and correct,

Angelica Lopez
U.S. Probation Officer

Executed on    February 21, 2007

Place    Wilmington, Delaware