AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| DAWN MUMMERT | Case Number: 04-14M-MPT |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **DAWN MUMMERT**
                                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    X Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF PROBATION CONDITIONS

FILED
MAR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ United States Code, Section(s) _____

| PETER T. DALLEO | BY: _____ ; Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK OF COURT | DECEMBER 19, 2006 at WILMINGTON, DE |
| Title of Issuing Officer | Date and Location |

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

*Dawn Mummert*

| DATE RECEIVED 12/19/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/12/07 | Toby Conrad DUSM | |