# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

DAWN MUMMERT
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
FRCP 32.1

Case Number: 04-14M-MPT

Upon motion of the **Government**, it is ORDERED that a

**Revocation Hearing** is set for ___June 1___ * at ___8:10 a.m.___
                                          Date                                       Time

before ___**Honorable Mary Pat Thynge, U.S. Magistrate Judge**___
                                        Name of Judicial Officer

**Ctrm. #6317, 6th Flr., Federal Bldg., 844 King St., Wilmington, Delaware**
                                        Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                        Other Custodial Official

and produced for the hearing.

___5/21/07___                                                                            _[signature]_
    Date                                                                               Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

FILED
MAY 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE