AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

DAWN MUMMERT

**WARRANT FOR ARREST**

Case Number: 04-14 M-MPT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     DAWN MUMMERT
                                                                                                             Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    X Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF SUPERVISED RELEASE CONDITIONS

FILED
JUN - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO
Name of Issuing Officer

BY: _[signature]_    DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

FEBRUARY 23, 2007 at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

_Dawn Mummert_

| DATE RECEIVED 2/23/07 | NAME AND TITLE OF ARRESTING OFFICER Toby Conrad DUSM | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 5/18/07 | | |