A0 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
             Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

UNITED STATES OF AMERICA

V.

DAWN MUMMERT

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 04-14M-MPT

USM Number: 04909-015

Christopher S. Koyste, Esq.
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of condition(s) SPECIAL CONDITION #1 _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| SPECIAL CONDITION #1 | FAILURE TO COMPLETE WORK RELEASE PROGRAM | 1/21/2007 |
| | | |
| | | |
| | | |

   The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   -3387

Defendant's Date of Birth:   1968

Defendant's Residence Address:

NEW CASTLE, DE

Defendant's Mailing Address:

NEW CASTLE, DE

MAY 31, 2007
Date of Imposition of Judgment

Signature of Judge

Honorable Mary Pat Thynge, United States Magistrate Judge
Name and Title of Judge

JUNE 13 2007
Date

FILED
JUN 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

8 MONTHS IMPRISONMENT

☐ **The court makes the following recommendations to the Bureau of Prisons:**

☐ **The defendant is remanded to the custody of the United States Marshal.**

☐ **The defendant shall surrender to the United States Marshal for this district:**

    ☐    at _____ ☐ a.m. ☐ p.m.    on _____

    ☐    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL